cause, which was granted on August 12, 1970.

Since the appellant did not manifest his desire to appeal until sixty-four days after the denial of his motion for rehearing, four days beyond the maximum extended time period provided in Rule 4 (a), F.R.A.P., the district court lacked jurisdiction to issue a certificate of probable cause. Thus this Court has no jurisdiction over the appeal. Lawrence v. Wainwright, 5th Cir. 1969, 419 F.2d 1326, cert. denied 1970, 397 U.S. 1029, 90 S.Ct. 1281, 25 L.Ed.2d 542; Allen v. Wainwright, 5th Cir. 1967, 384 F.2d 745.

Appeal dismissed.

Appeal from the United States District Court for the Southern District of Florida; Emett C. Choate, District Judge.

Robert W. Rust, U. S. Atty., Robert Silverstein, Asst. U. S. Atty., Fowler, White, Humkey, Burnett, Hurley & Banick, Miami, Fla., for defendant-appellant; Frank J. Marston, Miami, Fla., of counsel.

Arthur Roth, Miami, Fla., S. Eldridge Sampliner, Cleveland, Ohio, for plaintiff-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

**Leonard WILSON, Plaintiff-Appellee,**

v.

**UNITED STATES of America, Defendant-Appellant.**

**No. 30424**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Jan. 15, 1971.

---

**Kathleen NICKERSON, Plaintiff-Appellee-Cross Appellant,**

v.

**The TRAVELERS INSURANCE COMPANY, Defendant-Appellee,**

**Sara Nickerson, Defendant-Appellant-Cross Appellee.**

**No. 30317**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Jan. 4, 1971.

Rehearing Denied Feb. 18, 1971.

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* [1] Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York, et al., 5 Cir. 1970, 431 F. 2d 409.